**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KEITH L. ROBINSON,<br><br>　　　　Defendant. | **No. 07-CR-4039-DEO**<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I.　INTRODUCTION AND BACKGROUND

On July 18, 2007, a three Count Indictment (Docket No. 1) was returned in the above-referenced case. Only Counts 1 and 2 pertain to defendant Keith L. Robinson.

Count 1 of the Indictment charges that other named defendants and defendant Keith L. Robinson, from between about 2006 through July 8, 2007, in the Northern District Of Iowa and elsewhere, having previously been convicted of a felony drug offense, that is, furnishing a controlled substance into a detention facility, on or about January 19, 2007, in Woodbury County, Iowa, District Court case number FECR054236, did knowingly and unlawfully combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine which

contained cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This was in violation of Title 21, United States Code, Sections 846 and 851.

Count 2 of the Indictment charges that on or about May 18, 2007, in the Northern District of Iowa, other named defendants and Keith L. Robinson, having previously been convicted of a felony drug offense, that is, furnishing a controlled substance into a detention facility, on or about January 19, 2007, in Woodbury Count, Iowa, District Court, case number FECR054236, did knowingly and intentionally possess with intent to distribute and did aid and abet the possession with intent to distribute approximately 79 grams of a mixture or substance containing a detectable amount of cocaine which contained cocain base, commonly called "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 851 and Title 18, United States Code, Section 2.

On February 19, 2008, defendant Keith L. Robinson appeared before Chief United States Magistrate Judge Paul A.

Zoss and entered a plea of guilty to Counts 1 and 2 of the Indictment. In the Report and Recommendation (Docket No. 58, 02/19/2008), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Keith L. Robinson's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review to accept defendant Keith L. Robinson's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional

> evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 58), and accepts defendant Keith L. Robinson's plea of guilty in this case to Counts 1 and 2 of the Indictment filed on July 18, 2007 (Docket No. 1).

**IT IS SO ORDERED** this 25th day of March, 2008.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa