# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEITH L. ROBINSON,<br><br>    Defendant. | No. CR07-4039-DEO<br><br>**ORDER** |

The defendant has filed a *pro se* motion (Doc. No. 112) asserting a "Freedom fo Information/Privacy Act Request" against his former attorney, David Eastman. The defendant is seeking copies of documents relating to his case. On October 20, 2008, the court denied the defendant's *pro se* request for documents from the court on the basis that there is no pending case in this court and the defendant failed to offer sufficient justification to receive the documents at court expense. He is now attempting to obtain the documents through his attorney by the present motion.

"The purpose of the [Freedom of Information Act] is to provide wide-ranging public access to government documents. . . . 'It seeks to permit access to official information long shielded unnecessarily from public view and attempts to create a judicially enforceable public right to secure such information from possibly unwilling official hands.'" *Miller v. U.S. Dept. of Agriculture*, 13 F.3d 260, 262 (8th Cir. 1993) (quoting *EPA v. Mink*, 410 U.S. 73, 80, 93 S. Ct. 827, 832, 35 L. Ed. 2d 119 (1973)). Here, the defendant is attempting to obtain documents that are already a part of the *public* record. Further, he is asking the court to compel his attorney to produce the records. Neither the FOIA nor the Privacy Act governs the defendant's request, and neither Act would entitle him to the relief request.

The motion is **denied**.

**IT IS SO ORDERED.**

**DATED** this 31st day of October, 2008.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT